UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE HERNANDEZ MORALES, | ) | NO. EDCV 11-1770 JAK (SS) |
| | ) | |
| Plaintiff, | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS** |
| | ) | |
| INDIO JAIL MEDICAL STAFF, et al., | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendant's Motion for Summary Judgment, Plaintiff's Motion for Summary Judgment, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

//

//

//

**IT IS ORDERED** that:

    (1)  Defendant's Motion for Summary Judgment is GRANTED; and

    (2)  Plaintiff's Motion for Summary Judgment is DENIED.

**IT IS FURTHER ORDERED** that Judgment shall be entered dismissing this action with prejudice.

The Clerk shall serve copies of this Order and the Judgment herein on Plaintiff at his current address of record and on counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 3/13/2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2