1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  EDDIE HERNANDEZ MORALES,        )  NO. EDCV 11-1770 JAK (SS)
                                    )
12              Plaintiff,          )  **ORDER ACCEPTING FINDINGS,**
                                    )
13         v.                       )  **CONCLUSIONS, AND RECOMMENDATIONS**
                                    )
14  INDIO JAIL MEDICAL STAFF, et al.,)  **OF UNITED STATES MAGISTRATE JUDGE**
                                    )
15              Defendants.         )
                                    )
16  _____)

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second

19  Amended Complaint, Defendant's Motion for Summary Judgment, Plaintiff's

20  Motion for Summary Judgment, all the records and files herein, and the

21  Report and Recommendation of the United States Magistrate Judge.  The

22  time for filing Objections to the Report and Recommendation has passed

23  and no Objections have been received.  Accordingly, the Court accepts

24  and  adopts  the  findings,  conclusions  and  recommendations  of  the

25  Magistrate Judge.

26  //

27  //

28  //

1    **IT IS ORDERED** that:

2

3         (1)   Defendant's Motion for Summary Judgment is GRANTED; and

4

5         (2)   Plaintiff's Motion for Summary Judgment is DENIED.

6

7    **IT IS FURTHER ORDERED** that Judgment shall be entered dismissing

8 this action with prejudice.

9

10    The Clerk shall serve copies of this Order and the Judgment herein

11 on Plaintiff at his current address of record and on counsel for

12 Defendant.

13

14    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

15

16 DATED: 3/13/2013

17
_____
18                                  JOHN A. KRONSTADT
                                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2